Approved by: _____
KRISTEN L. DORFMAN
Special Assistant United States Attorney

Before:     THE HONORABLE MARTIN R. GOLDBERG
            United States Magistrate Judge
            Southern District of New York

22 MAG 2992

- - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                  :    MISDEMEANOR
                                               COMPLAINT
                                          :

                                          :    Violation of
            -v-                                18 U.S.C. 113(a)(4)
                                          :

VALERIO CARDOSO                           :

                                          :    COUNTY OF OFFENSE:
            Defendant                          WESTCHESTER
                                          :

- - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose [Monticello] Veterans Administration Clinic, Montrose [Monticello], New York, which is located in the Southern District of New York, and charges as follows:

COUNT ONE

On or about November 26, 2021, at the Montrose Veterans Administration Clinic, Montrose [Monticello], New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, VALERIO CARDOSO, the defendant, unlawfully, knowingly and willfully assaulted another by striking, beating, or wounding such other person, to wit, the defendant struck the victim in the face with his hand/fist against the patients face.

(18 United States Code 113(a)(4))

The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose [Monticello crossed out] Veterans Administration Clinic, Montrose [Monticello crossed out], New York, which is located in the Southern District of New York.

2. On or about November 26, 2021, at approximately 9:10 a.m., the victim, a patient at the VA hospital, was causing a disturbance in the ward and a code was called. Officer Falsetta responded to the call. Upon arrival, he saw the defendant who had scratches on his face and neck. The victim was off talking to a social worker and expressing he wanted to receive his medication, but staff had directed him that he needed to get his blood pressure taken before they would administer his daily medicine.

3. Officer Falsetta spoke with witnesses and received written statement regarding the incident. A review of CCTV footage of the incident revealed the defendant and victim in a nose-to-nose confrontation when the victim reaches up to touch the defendants mask and the defendant then hits the victim in the face and when the victim responds the defendant immediately grabs and pushes the victim into a wall and a scuffle continues until other staff members are able to separate the two.

4. On December 3, 2021, the defendant reported to VA Police and when questioned about the incident, stated that he and the victim had face to face contact or nose to mask. The defendant presented a pre typed statement but also provided a written statement at the police station.

5. The defendant was issued one United States District Court Violation Notice for assault (DCVN Number 90434060/SY53).

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
VA Police Service

Sworn to before me this
30th day of March 2022

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York