UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Valerio Cardosa

                Defendant.

Case No.: 22 MJ 2992 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

*[signature]*

Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 14 day of April, 2023
Poughkeepsie, New York